UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff  )<br>)<br>)<br>vs.  )<br>)<br>)<br>WRIGHT  )<br>)<br>Defendant(s)  )<br>_____ ) | CRIMINAL NO. 08 MJ 897<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Hilda Gabriela Zelada-Juarez

DATED: 4/1/08

RECEIVED _____
                    DUSM

2008 APR -1 P 2:11
U.S. MARSHAL
SOUTHERN DISTRICT OF
CAL

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
                    Deputy Clerk