1 Linda A. King, Esq.  SBN. 087138
LAW OFFICES OF LINDA A. KING & ASSOCIATES
2 2044 First Avenue, Suite 200
San Diego, California 92101-2079
3 Telephone: (619) 233-8034

4 Attorney for Material Witnesses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Judge Ruben B. Brooks)**

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>    Plaintiff,<br>vs.<br><br>MICHAEL EDWARD WRIGHT,<br><br>    Defendant. | Criminal Case No. 08CR01315 WQH<br>Magistrate Case No.: 08MJ00897 RBB<br><br>EX PARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

   This Ex Parte Application and Order to Exonerate the Appearance Bond is submitted in connection with **Daniel Robles-Corona,** the Material Witness for this case.

   This Application is made after authorization was obtained from Office of the United States Attorney to remand the material witness to the United States Bureau of Customs and Border Protection, and after the Material Witness were remanded to the custody of the United States Bureau of Customs and  Border Protection voluntary return to Mexico.

   On behalf of the material witness and the sureties who signed the Appearance Bond for the Material Witness, I respectfully request the court exonerate the Material Witness Bond, and return the cash deposit of $500.00  currently on the deposit to the Court securing the Material Witness Bond.

Date: May 19, 2008                                                 s/ Linda A. King
                                                                              Linda A. King
                                                                              Attorney for Material Witness

EX PARTE APPLICATION TO EXONERATE APPEARANCE BOND FOR MATERIAL WITNESS