

Department of Homeland Security
U.S. Customs and Border Protection
720 E. San Ysidro Blvd., 2nd Floor
San Ysidro, CA 92173

Date: 5/16/2008

To: Attorney Linda A. King

Phone: (619) 233-8034

Fax: (619) 233-4516

From: Adriana Rosas-Carranza
(Material Witness Coordinator)

Office: San Ysidro POE Prosecutions Office

Phone: (619) 557-6477

Fax: (619) 557-6996

Number of Pages including this cover: 4

Comments: RE: Daniel Robles-Corona  A088 895 846
(Material Witnesses)
USA v. Lopez-Gallegos

Attached are copies of the I-275 documents, which serve as proof of voluntary departure from the United States

FINS: 1072842194   Subject ID : 270494521   Event No: BYS0803001841
U.S. Department of Homeland Security

## Withdrawal of Application for Admission/Consular Notification

Basis for Action *(check all that apply)*   File No. A088 895 846
Date: 05/16/2008

- ☒ Application for Admission Withdrawn
- ☐ Visa/BCC Canceled
- ☐ VWPP Refusal
- ☐ Ordered removed (inadmissible) by Immigration Judge -Section 235(b)(2)(order attached)
- ☐ Ordered removed (inadmissible) by DHS - Section 235(b)(1)(order attached)
- ☐ Waiver revoked (212)(d)(3) (order attached)
- ☐ Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul   From: SAN YSIDRO, CA DB 92173
(Location)   (Location)

| Name (FAMILY, Given, Middle) ROBLES CORONA, Daniel | | |
|---|---|---|
| Citizenship MEXICO | Country of birth MEXICO | Date of birth 07/15/1989 |
| Complete foreign address (Mailing Address) INSURGENTES 118 ZAPOTITAN JALISCO MEXICO | | |
| Complete U.S. address | | |
| Airline/Vessel of arrival 2MXC594 | Port of arrival SAN YSIDRO, CA | Date of arrival 03/21/2008 0235 |
| Visa number, type | Date, place of visa issuance | Social Security Number |

Reasons (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent documents):

**Right Index Finger**

On March 21, 2008, Daniel Robles Corona was encountered at the San Ysidro, California Port of Entry concealed from view in a vehicle driven by defendant Michael Edward Wright. Daniel Robles Corona was summarily paroled into the United States as a material witness.

On April 16, 2008, Daniel Robles Corona was paroled out of custody, pending the conclusion of the case. On April 26, 2008, arrangements were made with Daniel Robles Corona to be returned to the custody of Customs and Border Protection.

On May 16, 2008, material witness, Daniel Robles Corona appeared at the Material Witness Coordinators office, San Diego, CA. Daniel Robles Corona afforded the opportunity to withdraw in lieu of removal proceedings and accepted. An I-275 was generated...(CONTINUED ON I-831)

Continue on reverse or attach separate sheet as needed.

JORGE CAMARILLO   CBP ENFORCEMENT OFFICE
Name and Title of Officer (Print)   Signature of Officer

Form I-275 (Rev 08/01/07)