**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Case No.: 08cr01315 WQH |
| Plaintiff, | ) Magistrate Case No.:08mj00897 RBB |
| vs. | ) |
| MICHAEL EDWARD WRIGHT | ) **ORDER TO EXONERATE BOND** |
| Defendant. | ) |

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00 which secured the presence of the Daniel Robles-Corona be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Elvira Corona

1122 Neptune Avenue

Wilmington, CA 90744

Date: May 19, 2008

_Ruben Brooks_

Ruben B. Brooks
United States Magistrate Judge

Order to Exonerate Bond

1